AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

**FILED**
OCT 10 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

James Pete Anthony Cercla
_Petitioner_

v.                                Case No. 2016CR9270A
                                  _(Supplied by Clerk of Court)_

The State of Texas             SA17CA1023DAE
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: JAMES PETE ~~[redacted]~~ ANTHONY CERD[...]
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: Bexar County Jail
   (b) Address: 200 N. Comal
               San Antonio, Texas 78207
   (c) Your identification number: #804258

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☑ State authorities   ☐ Other - explain:

4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
         (a) Name and location of court that sentenced you: _____
         (b) Docket number of criminal case: _____
         (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☑ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: Bexar County Jail, 200 N. Comal, San Antonio, TX, 78207 court room 186

   (b) Docket number, case number, or opinion number: 2016 CR 9270A

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): I am challenging the way my case (has) and is currently being handled... My case has been dissmissed but re-indicted by the state...

   (d) Date of the decision or action: Dissmissed Dec. 2016: Indicted Jan. 2017

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☑ Yes          ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: Nicholas LaHood Head District Attorney

   (2) Date of filing: August 2017

   (3) Docket number, case number, or opinion number: 2016 CR 9270A

   (4) Result: Went to court Sept. 8th 2017

   (5) Date of result: & re-set to Sept. 11th 2017

   (6) Issues raised: Speedy Trial... But I was re-set again due to state (D.A) not being ready... But I have been incarcerated for two years on this same case...

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes ☐ No

   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: William C. Baskette 110 E. NUEVA San Antonio, TX. 78204 court #187
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: 020261
   (4) Result: My lawyer died before I was re-indict[ed]
   (5) Date of result: Nov. 2016
   (6) Issues raised: Mr. William Baskette was my first lawyer but Died... He had stated they (state) had no evidence on me and there was no reason to do nothing or anything... I was neglected to get video for my innocents proven from military Dr./Pleasonton (HEB) on 9-7-15... My new lawyer Miguel Najera is naive to my case.

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☑ Yes ☐ No

   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Miguel Najera 130 E. Travis, suite 435 San Antonio, TX, 78205
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: 2016 CR 9270A
   (4) Result: Was told to sign a 8 years
   (5) Date of result: Sept. 11th 2017
   (6) Issues raised: My case lacks evidence and the most obvious is that my alledged victem Desiree Urdiales is on probation for (Drugs) and is

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

currently on the run for not reporting... she is not a creditable witness and is a back page prostitute who is also a informant who sells and does drugs...

   (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☑ Yes          ☐ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes          ☑ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes          ☑ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: My case has insufficent evidence and is being run off of he say she say.... I was not locked up or in the house where incident took place or when the raid of the house took place. I had no weapon to threaten Desiree Urdiales for my case to be Aggrevated Kidnap... my first lawyer William L. Baskette died and never build a defense case for me and it should be aquaitte

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes        ☑ No

If "Yes," provide:

(a)   Date you were taken into immigration custody: _____

(b)   Date of the removal or reinstatement order: _____

(c)   Did you file an appeal with the Board of Immigration Appeals?

☐ Yes        ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d)   Did you appeal the decision to the United States Court of Appeals?

☐ Yes        ☑ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes    ☐ No

If "Yes," provide:
(a) Kind of petition, motion, or application: Speedy Trial, motion to Dismiss illegal Arrest, insufficient evidence
(b) Name of the authority, agency, or court: 187 & 186

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: 020261, 2016CR9270A
(e) Result: First case was dropped but re-indicted by same case
(f) Date of result: January 2017
(g) Issues raised: All my motions were put to case # 020261 court 186-187 but my lawyer died so I was later re-indicted by state, but I was indicted through a T.V. screen and was never given the new case # so all my motions were to my old case... My lawyer Miguel Najera has neglected to inforce my constitutional rights to speedy Trial or to face my accuser in court as the six amendments states...

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** I was not in Mercedes Salazar's house at the time of incident occurred or when the SAPD raid her house... Had no weapon to be charged with Aggrevated Kidnaping.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Sept. 9th 2015 was when the house was raided... only Teanna San-Nicolas and Desiree Urdiales were in Mercedes house... I was gone on the 7th and was shown with all my co-defendants minus Tristan Smith at the HEB on Military Dr./Pleasanton around 9:00p then dropped off at my grandma's house (Maria Cerda)...

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes   ☐ No

**GROUND TWO:** I have given names and addresses of people who can verify I was gone from the 7th - 9th of September 2015.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I was living with a friends (Patrick Ingle) girlfriends house... Crystal Mascorro... At 634 Sterling Dr. San Antonio, TX. 78220... I was seen by my Uncles John Cerda and Joseph Cerda being dropped off by Mercedes, Teanna, Desiree at my Grandma's house at 10:00pm, Sept. 7th 2015... At HEB I was meeting a Friend named Abby Hernandez.... My grandmas house is at 9200 Planter Dr. 78224

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes   ☐ No

**GROUND THREE:** My First Lawyer William L Baskette said I had no evidence against me and he doubted he will ever see me again... ~~Exatso post~~

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I put many motion's to court 187 and 186 but in my first case # 020261... I wrote Mr. Baskette and gave facts and evidence for my case but he never showed up to see me for 15 months... I tried to fire him too... Now my new lawyer can't get my case file from his wife due to him being deceased...

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes   ☐ No

Page 8 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** I was shown that I was released after my case was dropped but never was... I got re-indicted and was given another lawyer Miguel Najera who has no good intentions to represent me...

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The Bexar County Jail Kiosk computer system shows my case being dropped and being re-indicted... Shows that I was supposably released also.. Miguel Najera has been trying to sell me out to sign rather go to Trial... I had to write Nicholas LaHood (D.A.) just to get a motion to Trial in progress... The state is just procrastinating to find Desiree Urdiales to Testify...

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

**Request for Relief**

15. State exactly what you want the court to do: Due to Lack of Insufficent Evidence I request the state (D.A.) to rest and over turn my case...

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10-3-17

_James Cerda_
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any