UNITED STATES DISTRICT COURT
WESTERN DISTRICT of TEXAS
SAN ANTONIO DIVISION

**FILED**

OCT 1 8 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | |
|---|---|
| JAMES PETE ANTHONY CERDA, § | |
| SID # 804258, § | |
| § | |
| Petitioner § | |
| § | |
| v. § | Civil Action |
| § | No. SA-17-CA-1023-DAE |
| STATE of TEXAS, § | |
| § | |
| Respondent § | |

# JUDGMENT

Pursuant to this Court's Dismissal Order, Petitioner James Pete Anthony Cerda's pro se 28 U.S.C. § 2241 Habeas Corpus Petition is **DISMISSED WITHOUT PREJUDICE.**

**DATED:** October 18, 2017

_____
DAVID A. EZRA
Senior United States District Judge